UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>VINCENTE ANGUIANO CAMPOS,<br><br>    Defendant. | No. CR-09-0156-FVS-3<br><br>ORDER |

**THE DEFENDANT** came before the Court for sentencing on August 6, 2010. He was represented by Dan B. Johnson. The government was represented by Assistant United States Attorney Timothy J. Olms.

**IT IS HEREBY ORDERED:**

The defendant's motion for downward departure (**Ct. Rec. 368**) is **DENIED** as indicated by the Court at sentencing.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order and furnish copies to counsel.

**DATED** this ___18th___ day of August, 2010.

                    S/Fred Van Sickle
                    Fred Van Sickle
            Senior United States District Judge

ORDER - 1